THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:96CR3068 |
| | ) | |
| vs. | ) | ORDER FOR |
| | ) | DISMISSAL OF INDICTMENT |
| RAMONA CHAVEZ CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, Ramona Chavez Campos.

DATED this 7th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge